IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DARRIYON L. OGLESBY,

    Plaintiff,

v.

SGT. ALLEN SMITH; OFFICER KYLE A. BRILEY; and CITY OF STATESBORO,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-105

## ORDER

Presently before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** Plaintiff's Motion, **DISMISSES** this case **WITHOUT PREJUDICE**, and **DISMISSES AS MOOT** Plaintiff's Motion to Proceed *in Forma Pauperis*, (doc. 5). The Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 26th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UINITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA