IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DARRIYON L. OGLESBY, *
*
    Plaintiff, *
*
    v. * CV 616-105
*
SGT. ALLEN SMITH; *
OFFICER KYLE A. BRILEY; and *
CITY OF STATESBORO, *
*
    Defendants. *

**O R D E R**

Before the Court is Plaintiff's motion for relief from judgment. (Doc. 16.) Notably, Plaintiff's claims were dismissed without prejudice, his duplicative second motion to proceed *in forma pauperis* was denied as moot, and this case was closed all as a result of Plaintiff's filing of a notice of dismissal without prejudice. (See Docs. 12, 14, 15.) Accordingly, upon due consideration, Plaintiff's motion for relief from judgment (doc. 16) is **DENIED**. This case shall remain **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia this 12th day of February, 2018.

                              J. RANDAL HALL, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA